IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| JODY L. CLARK, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 5:11-cv-00097-SWW |
| | * | |
| | * | |
| UNION PACIFIC RAILROAD COMPANY, | * | |
| | * | |
| Defendant/Third Party | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| | * | |
| | * | |
| GUNDERSON RAIL SERVICES, LLC, | * | |
| D/B/A GREENBRIER RAIL SERVICES | * | |
| PINE BLUFF D/B/A GUNDERSON | * | |
| WHEEL SERVICES AND D/B/A | * | |
| GUNDERSON, INC. | * | |
| | * | |
| Third Party Defendant. | * | |

## ORDER

The motions [doc.#'s 31, 32, 33] for admission *pro hac vice* of Joseph P. Pozen, David

M. Alt, and Scott L. Carey as additional counsel of record for third party defendant Gunderson

Rail Services, LLC, d/b/a Greenbrier Rail Services Pine Bluff d/b/a Gunderson Wheel Services

and d/b/a Gunderson, Inc. is hereby granted.

IT IS SO ORDERED this 6th day of February 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE